reconsideration. Motion granted; *sua sponte*, the discretionary appeal is allowed, and the cause is consolidated with 98–2054, *infra*.

Cook, J., dissents.

**98–2054. Shemo v. Mayfield Hts.**
Cuyahoga App. No. 73241. Reported at 84 Ohio St.3d 1468, 704 N.E.2d 577. On motion for reconsideration. Motion granted; *sua sponte*, the discretionary appeal is allowed, and the cause is consolidated with 98–2053, *supra*.

Cook, J., dissents.

**98–2171. State v. Sherrills.**
Cuyahoga App. No. 56777. Reported at 84 Ohio St.3d 1470, 704 N.E.2d 578. On motion for reconsideration. Motion denied.

**98–2257. State v. Sherrills.**
Cuyahoga App. No. 60622. Reported at 84 Ohio St.3d 1471, 704 N.E.2d 579. On motion for reconsideration. Motion denied.

**99–14. State ex rel. Fries v. Williamson.**
In Prohibition. Reported at 84 Ohio St.3d 1462, 704 N.E.2d 572. On motion for reconsideration and on request for findings of fact and conclusions of law. Motion and request denied.

*Thursday, February 18, 1999*

## MERIT DOCKET

**99–317. State ex rel. Ohio Rail Dev. Comm. v. Franklin Cty. Court of Common Pleas.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

## MOTION DOCKET

**93–2592. State v. Berry.**
Cuyahoga App. No. 60531. This cause is before the court for further consideration upon the filing of a motion for stay and a renewed motion for additional evaluation of appellant's competence to forgo challenges to convictions and death sentence filed by the Ohio Public Defender.

IT IS ORDERED by the court, *sua sponte*, that appellee may file responses to the motions no later than 12:30 p.m. today, February 18, 1999.

## RECONSIDERATION DOCKET

**98–2480. State ex rel. Hannah v. Leonard.**
Allen App. No. 19–85–5. Reported at 84 Ohio St.3d 1480, 704 N.E.2d 1245.

IT IS ORDERED by the court that the motion for reconsideration in this case be, and hereby is, denied.